UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MURRAY and JUNE OMURA, <br><br> Plaintiffs, <br><br> -against- <br><br> ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, the U.S. ENVIRONMENTAL PROTECTION AGENCY and R.D. JAMES, in his official capacity as the Assistant Secretary of the Army (Civil Works) and the U.S. ARMY CORPS OF ENGINEERS, <br><br> Defendants. | Case No. 1:19-cv-1498 LEK/TWD |

## NOTICE OF MOTION

Motion by:	Plaintiffs William Murray and June Omura

Motion Scheduling Dates:	Defendants' opposition and/or cross-motion shall be due October 23, 2020; Plaintiffs' reply and/or opposition to Defendants' cross-motion shall be due November 18, 2020; Defendants' reply shall be due December 16, 2020.

Relief and Basis:	An order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: September 10, 2020	Respectfully submitted,

*James Bacon*

Attorney for Plaintiffs
N.D.N.Y. Bar No. 700116
baconesq@yahoo.com
P.O. Box 575
New Paltz, New York 12561
Telephone: (845) 419-2338

## CERTIFICATE OF SERVICE

I hereby certify that, on September 10, 2020, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system on all registered counsel.

*James Bacon*