IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MURRAY and JUNE OMURA,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, the U.S. ENVIRONMENTAL PROTECTION AGENCY and R.D. JAMES, in his official capacity as the Assistant Secretary of the Army (Civil Works) and the U.S. ARMY CORPS OF ENGINEERS,<br><br>    *Defendants*. | **NOTICE OF UNOPPOSED MOTION OF THE INSTITUTE FOR POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>No. 1:19-cv-1498-LEK/TWD |

    PLEASE TAKE NOTICE, upon the Affirmation of Max Sarinsky, Attorney for the Institute for Policy Integrity at New York University School of Law, dated September 17, 2020, and upon all the papers filed and proceedings had, the undersigned hereby moves the Court for leave to file the accompanying amicus curiae brief in the above-captioned case in support of Plaintiffs' Motion for Summary Judgment. The undersigned has conferred with counsel for all parties, and this motion is unopposed.

Dated: September 17, 2020

    Respectfully submitted,

    /s/ Max Sarinsky
    Max Sarinsky
    INSTITUTE FOR POLICY INTEGRITY
    139 MacDougal Street, Third Floor
    New York, NY 10012
    (212) 992-8932
    max.sarinsky@nyu.edu
    *Counsel for Amicus Curiae*
    *Institute for Policy Integrity*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, I electronically filed the Notice of Unopposed Motion of the Institute for Policy Integrity at New York University School of Law to File an Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment, along with the Declaration, Memorandum of Law, and exhibit accompanying that motion, with the Clerk using the CM/ECF system, which I understand to have caused service of the filing to all counsel of record.

Dated: September 17, 2020    Respectfully submitted,

/s/ Max Sarinsky
Max Sarinsky
INSTITUTE FOR POLICY INTEGRITY
139 MacDougal Street, Third Floor
New York, NY 10012
(212) 992-8932
max.sarinsky@nyu.edu
*Counsel for Amicus Curiae*
*Institute for Policy Integrity*