IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MURRAY and JUNE OMURA,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, the U.S. ENVIRONMENTAL PROTECTION AGENCY and R.D. JAMES, in his official capacity as the Assistant Secretary of the Army (Civil Works) and the U.S. ARMY CORPS OF ENGINEERS,<br><br>  *Defendants*. | No. 1:19-cv-1498-LEK/TWD |

**DECLARATION IN SUPPORT OF THE INSTITUTE FOR POLICY INTEGRITY'S MOTION FOR LEAVE TO FILE AS AN AMICUS CURIAE**

Max Sarinsky, pursuant to 28 U.S.C. § 1746(2) declares under penalty of perjury the following:

1. I am an attorney with the Institute for Policy Integrity at New York University School of Law, and a member of the bar of this Court.

2. I submit this Declaration and the attached Memorandum of Law and exhibit in support of the Institute for Policy Integrity's motion for leave to file as amicus curiae.

3. Attached as **Exhibit A** is a true and correct copy of the Institute for Policy Integrity's proposed amicus curiae brief.

4. As set forth in detail in the accompanying Memorandum of Law, this Court should grant the Institute for Policy Integrity's motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2020					Respectfully submitted,

<u>/s/ Max Sarinsky</u>
Max Sarinsky
INSTITUTE FOR POLICY INTEGRITY
139 MacDougal Street, Third Floor
New York, NY 10012
(212) 992-8932
max.sarinsky@nyu.edu
*Counsel for* Amicus Curiae
*Institute for Policy Integrity*