# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MURRAY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANDREW WHEELER, in his official ) <br> capacity as Administrator of the U.S. ) <br> Environmental Protection Agency, et al., ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-01498-LEK/TWD |

## NOTICE OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Motion by: | Defendants Andrew Wheeler, Administrator of the U.S. Environmental Protection Agency; the U.S. Environmental Protection Agency; Ricky D. James, Assistant Secretary of the Army for Civil Works; and the U.S. Army Corps of Engineers. |
| Motion Calendar Return Date: | 12/18/2020 at 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. |
| Relief and Basis: | An order dismissing the case for lack of subject matter jurisdiction or, in the alternative, upholding the NWPR. |
| Supporting Papers: | (a) Memorandum of Law |
| | (b) Declaration of Phillip R. Dupré and Exhibits thereto |

Respectfully submitted,

DATED: OCTOBER 23, 2020

JONATHAN D. BRIGHTBILL
*Principal Deputy Assistant Attorney General*
*Environment and Natural Resources Division*

By: */s/ Phillip R. Dupré*
PHILLIP R. DUPRÉ
*Senior Attorney*
*Department of Justice*
*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC 20044*
*(202) 616-7501*
*Phillip.R.Dupre@usdoj.gov*

*DANIEL PINKSTON*
*Senior Attorney*
*Department of Justice*
*Environmental Defense Section*
*999 18th Street, South Terrace, Suite 370*
*Denver, CO 80202*
*(303) 844-1804*
*Daniel.Pinkston@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 23, 2020, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel of record.

*/s/ Phillip R. Dupré*
PHILLIP R. DUPRÉ