# JAMES BRYAN BACON, ESQ., P.C.
Attorney and Counselor at Law
P.O. Box 575
New Paltz, New York 12561
(845) 419-2338

November 16, 2020

Via ECF

Hon. Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

*Re: Murray v. Wheeler, Case No 1:19-cv-01498-LEK-TWD –
Plaintiffs' Request for Extension on Consent*

Dear Judge Kahn,

As counsel for Plaintiffs, and upon consent of Phillip R. Dupre, counsel for Defendants, pursuant to Local Rule 7.1(j), Plaintiff respectfully requests modification of the briefing schedule due to an injury suffered by Plaintiffs' counsel in mid-October.

Plaintiffs filed their motion for summary judgment on September 10, 2020 and Defendants cross-moved for summary judgment on October 23, 2020. The current schedule requires Plaintiffs to respond on November 18, 2020, Defendant to reply by December 16, 2020 with a return date of December 18, 2020.

Plaintiffs request an extension allowing their response on December 9, 2020, and due to the holidays, Defendants would file a reply by January 13, 2020. The return date would be reset to January 15, 2021.

Thank you for your consideration.

Respectfully,

James Bacon

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: __November 17, 2020__